UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re: Donald R. Visser, Donovan J. Visser,
and Visser and Associates, PLLC,

           Petitioners.

No.:
Hon. Hala Y. Jarbou

_____/

**Petition for Review of Discipline**

Petitioners Donald R. Visser, Donovan J. Visser and Visser and Associates, PLLC, pursuant to W.D. Mich. L Gen R 2.3(d), seek review of the attached Opinion Resolving Order for Non-party Counsel to Show Cause & Formal Order of Reprimand (**Exhibit 1**) entered by the Hon. Paul L. Maloney on May 15, 2023.

         Respectfully submitted,

         **SULLIVAN, WARD, PATTON,
         GLEESON & FELTY, P.C.**

         */s/Robert E. Edick*
         Robert E. Edick (P25432)
         Attorney for Petitioners
         400 Galleria Officentre, Ste. 500
         Southfield, MI 48034
         (248) 746-0700
         redick@sullivanwardlaw.com

Dated: May 30, 2023