UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONALD R. VISSER, DONOVAN J.
VISSER, AND VISSER AND
ASSOCIATES, PLLC,

                                    Case No. 1:23-MC-62

    Petitioners.

_____/    Hon. Hala Y. Jarbou

**ORDER**

On May 30, 2023, Petitioners filed Petition for Review of Discipline (ECF No. 1).

Accordingly,

**IT IS ORDERED** that Petitioners submit transcripts of any relevant hearings as it relates to their petition.


Dated: June 14, 2023                 /s/Hala Y. Jarbou
                                        HALA Y. JARBOU
                                        CHIEF UNITED STATES DISTRICT JUDGE